**Norman DUPEIRE, Plaintiff–Appellant,**

v.

**CATHOLIC HEALTHCARE WEST ARIZONA, Defendant–Appellee.**

No. 02–17063.

D.C. No. CV–00–02079–JAD.

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2003.*

Decided June 19, 2003.

Before RYMER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM**

Norman Dupeire appeals the district court's summary judgment dismissing his employment discrimination action alleging he was not hired for a position on account of his gender. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Godwin v. Hunt Wesson, Inc.,* 150 F.3d 1217, 1219–20 (9th Cir.1998), and we affirm.

Because Dupeire failed to present evidence sufficient to create a genuine issue of material fact as to whether defendant's proffered reason for hiring a female instead of Dupreire was pretextual, the district court properly granted summary judgment in favor of defendant. *See Snead v. Metro. Prop. & Cas. Ins. Co.,* 237 F.3d 1080, 1093–94 (9th Cir.2001) (stating standard for disparate treatment).

Dupeire's contention that the defendant may not use subjective criteria in hiring lacks merit. *See Sengupta v. Morrison–Knudsen Co., Inc.,* 804 F.2d 1072, 1075 (9th Cir.1986).

Dupeire's remaining contentions lack merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.